1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                   EASTERN DISTRICT OF WASHINGTON
7
  JAMES PATZKE,                      )
8                                    )
9            Plaintiff,              )        No. CV-08-5008-LRS
                                     )
10      vs.                          )        **ORDER OF DISMISSAL**
                                     )
11                                   )
  BNSF RAILWAY COMPANY,              )
12 a Delaware corporation,           )
                                     )
13           Defendant.              )
   _____   )
14
15      Pursuant to the stipulation of the parties (Ct. Rec. 28), the captioned action
   is **DISMISSED** with prejudice.
16
17      **IT IS SO ORDERED**.  The District Executive is directed to enter this
   order, close the file and forward copies to counsel of record.
18
        **DATED** this  22nd  of December, 2008.
19
20                              *s/Lonny R. Suko*
21                        _____
                                LONNY R. SUKO
22                           United States District Judge
23
24
25
26
27
28 **ORDER OF DISMISSAL-**          **1**